IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE: BRYAN AND PAMELA FERRELL                CASE NO. 1:11-BK-70701

BRYAN AND PAMELA FERRELL                                          APPELLANTS

VS.                            CASE NO. 1:12-CV-1018

KENNETH AND EVA RUTH FERRELL                                       APPELLEES

## JUDGMENT

Appellants Bryan and Pamela Ferrell appeal a November 9, 2011 Order of the United States Bankruptcy Court for the Western District of Arkansas.[1] (ECF No. 1-4). For the reasons discussed in the Opinion of even date, the Court finds that the bankruptcy court's Order (ECF No. 1-4) should be and hereby is **AFFIRMED**.

**IT IS SO ORDERED**, on this 29th day of October, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge

---

[1] The Honorable James G. Mixon, Chief Judge, United States Bankruptcy Judge for the Western District of Arkansas.